BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

BRIAN R. FAERSTEIN (CABN 274850)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6473
    Fax: (415) 436-7234
    E-Mail: brian.faerstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-0115 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM AUGUST 23, 2016, TO SEPTEMBER 20, 2016 |
| v. | |
| ROBERT COLE FUHRMAN, | |
| Defendant. | |

    The United States of America, by and through Assistant United States Attorney Brian R. Faerstein, and defendant Robert Cole Fuhrman, by and through defense counsel Geoffrey Hansen, hereby stipulate that, with the Court's approval, the time between August 23, 2016 and September 20, 2016 is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

    The parties appeared before this Court on August 23, 2016, at 2:00 p.m., for an initial status conference in this proceeding. The government represented that it had made an initial production of discovery to defendant following his arraignment on August 19, 2016 upon the request of defense

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
16-CR-0115 WHA    1

counsel, and anticipated producing additional discovery upon entry of a protective order by the Court. The parties are meeting and conferring on a proposed stipulation and protective order for the Court's consideration. Upon the request of the parties, the Court set a further status hearing in this matter for September 20, 2016. In light of the government's recent production of discovery and its anticipated additional production pursuant to a protective order, the parties agreed that it would be appropriate that time be excluded under the Speedy Trial Act between August 23, 2016 and September 20, 2016, for effective preparation of counsel, under 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties stipulate that the failure to exclude would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate that the requested exclusion of time, from August 23, 2016 to September 20, 2016, is in the interests of justice and outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: August 25, 2016          BRIAN J. STRETCH
                                United States Attorney

                                         /s/
                                BRIAN R. FAERSTEIN
                                Assistant United States Attorney

Dated: August 25, 2016                   /s/
                                GEOFFREY HANSEN
                                Attorney for ROBERT COLE FUHRMAN

<u>Attestation of Filer</u>

In addition to myself, the other signatory to this document is <u>Geoffrey Hansen</u>. I hereby attest that I have his permission to enter a conformed signature on his behalf and to file this document.

Dated: August 25, 2016                   /s/
                                BRIAN R. FAERSTEIN
                                Assistant United States Attorney

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
16-CR-0115 WHA                           2

1 **[PROPOSED] ORDER**

2   Based upon the representation of counsel and for good cause shown, the Court finds that failing
3 to exclude the time between August 23, 2016 and September 20, 2016, would unreasonably deny
4 counsel the reasonable time necessary for effective preparation, taking into account the exercise of due
5 diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by
6 excluding the time between August 23, 2016 and September 20, 2016, from computation under the
7 Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

8   Therefore, IT IS HEREBY ORDERED that the time between August 23, 2016 and September
9 20, 2016, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A)
10 and (B)(iv).

12 DATED: August 25, 2016.

HONORABLE WILLIAM ALSUP
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
16-CR-0115 WHA                               3