BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

BRIAN R. FAERSTEIN (CABN 274850)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6473
    Fax: (415) 436-7234
    E-Mail: brian.faerstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-0115 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SEPTEMBER 20, 2016, TO OCTOBER 11, 2016 |
| v. | |
| ROBERT COLE FUHRMAN, | |
| Defendant. | |

    The United States of America, by and through Assistant United States Attorney Brian R. Faerstein, and defendant Robert Cole Fuhrman, by and through defense counsel Geoffrey Hansen, hereby stipulate that, with the Court's approval, the time between September 20, 2016 and October 11, 2016 is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

    The parties appeared before this Court on September 20, 2016, at 2:00 p.m., for a status conference in this proceeding. Upon the request of the parties, the Court set a further status hearing for October 11, 2016, at 2:00 p.m., when it is anticipated that the defendant will be entering a change of plea

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
16-CR-0115 WHA    1

in this proceeding. Upon the representation of counsel for the defendant that he needed additional time to review discovery and conduct necessary investigation in connection with the defendant's entering a change of plea, the defendant requested that time be excluded under the Speedy Trial Act between September 20, 2016 and October 11, 2016, for effective preparation of counsel, under 18 U.S.C. § 3161(h)(7)(B)(iv). The government did not have any objection to this request.

The parties stipulate that the failure to exclude time would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate that the requested exclusion of time, from September 20, 2016 to October 11, 2016, is in the interests of justice and outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: September 21, 2016

BRIAN J. STRETCH
United States Attorney

/s/

BRIAN R. FAERSTEIN
Assistant United States Attorney

Dated: September 21, 2016

/s/

GEOFFREY HANSEN
Attorney for ROBERT COLE FUHRMAN

Attestation of Filer

In addition to myself, the other signatory to this document is Geoffrey Hansen. I hereby attest that I have his permission to enter a conformed signature on his behalf and to file this document.

Dated: September 21, 2016

/s/

BRIAN R. FAERSTEIN
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
16-CR-0115 WHA                                         2

1 **[PROPOSED] ORDER**

2  Based upon the representation of counsel and for good cause shown, the Court finds that failing
3 to exclude the time between September 20, 2016 and October 11, 2016, would unreasonably deny
4 counsel the reasonable time necessary for effective preparation, taking into account the exercise of due
5 diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by
6 excluding the time between September 20, 2016 and October 11, 2016, from computation under the
7 Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.
8  Therefore, IT IS HEREBY ORDERED that the time between September 20, 2016 and October
9 11, 2016, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A)
10 and (B)(iv).

11
12 DATED: September 21, 2016.        _____
                                    HONORABLE WILLIAM ALSUP
13                                  United States District Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
16-CR-0115 WHA                                      3