1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

                  Plaintiff,

   v.

ROBERT FUHRMAN,

             Defendant.

No. 16-CR-115 WHA

**[~~PROPOSED~~] STIPULATED ORDER TO CONTINUE SENTENCING**

     Sentencing in the above-entitled matter is currently scheduled for January 17, 2017 at 2:00 pm. Counsel for the defendant represents in this stipulated order that he is requesting additional time to review the file and prepare for sentencing because of a prolonged medical absence. The defense accordingly requests that the matter be continued until February 7, 2017 at 2:00 p.m.

     The government has no objection to this proposed continuance.

     Therefore, for good cause shown the sentencing hearing currently scheduled on January 17, 2017 shall be vacated. The matter shall be continued until February 7, 2017 at 2:00 p.m.

\\

\\

\\

\\

\\

IT IS SO ORDERED.

<u>January 10, 2017.</u>
Dated

WILLIAM ALSUP
United States District Judge

IT IS SO STIPULATED.

<u>January 9, 2017</u>
Dated

BRIAN J. STRETCH
United States Attorney
Northern District of California

_____/S_____
KATHERINE WAWRZYNIAK
Assistant United States Attorney

<u>January 9, 2017</u>
Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

_____/S_____
GEOFFREY A. HANSEN
Assistant Federal Public Defender