IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ROBERT COLE FUHRMAN,

    Defendant.

No. CR 16-00115 WHA

**NOTICE RE SENTENCING**

    At the sentencing hearing, the Court asks counsel to explain, from sworn testimony if need be, who first brought up the subject of a firearm, the informant or defendant?  Also, how long had the informant been defendant's friend?

Dated: February 6, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE